# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-3016-NYW

DAVID JOSHUA BARTCH,

Plaintiff,

v.

MACKIE A. BARCH, and
TRELLIS HOLDINGS MARYLAND, INC.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

James E. Nesland hereby certifies that he is a member in good standing of the bar of this Court, enters his appearance as counsel for Plaintiff David Joshua Bartch in the above-captioned matter, and requests receipt of all ECF notices and filings in this action.

Dated this 26th day of December, 2018.

*/s/ James E. Nesland*
James E. Nesland
LAW OFFICES OF JAMES E. NESLAND
4252 E. Caley Avenue
Aurora, Colorado 80016
(303) 807-9449
jenesland@comcast.net
*Attorney for Plaintiff David Joshua Bartch*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December 2018, a true and accurate copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via CM/ECF on all parties of record.

*s/*_____