IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03016-MSK-NYW

DAVID JOSHUA BARTCH,

      Plaintiff,

  v.

MACKIE A. BARCH, ET AL.

      Defendants.

_____

### MOTION FOR PROTECTIVE ORDER AND FED. R. CIV. P. 26(c) CERTIFICATE
_____

Pursuant to Fed. R. Civ. P. 26(c), defendants Mackie A. Barch and Trellis Holdings Maryland, Inc., respectfully move for a protective order that stays the proceedings in this case, including discovery, pending the Court's resolution of defendants' motion to dismiss (ECF-10) and that protects defendants from having to respond to the written discovery requests propounded to them by plaintiff on April 19, 2019.

Prior to the filing of this motion for a protective order, counsel for defendants conferred in good faith with plaintiff's counsel pursuant to L. Civ. R. 7.1 and Fed. R. Civ. P. 26(c) to advise of defendants' intent to file this motion and requesting plaintiff's consent to the stay. Plaintiff's counsel advised that plaintiff does not consent to the stay and, therefore, this matter cannot be resolved without the Court's intervention.

For the reasons stated in the attached memorandum in support of this motion, which memorandum is adopted and incorporated herein by reference, there is good cause to both grant

2

the requested stay and to find that defendants are not required to respond to the documents requests propounded by plaintiff.

A proposed Order is attached.

Dated this 1st day of May, 2019.

                          s/Stephen E. Csajaghy
                          Stephen E. Csajaghy
                          Condit Csajaghy LLC
                          695 S. Colorado Blvd., Suite 270
                          Denver, CO 80246
                          Tel: 720-287-6602
                          Fax: 720-287-6605
                          steve@cclawcolorado.com

                          s/Ari S. Casper
                          Ari S. Casper
                          The Casper Firm, LLC
                          400 East Pratt St., Suite 903
                          Baltimore, MD 21202
                          Tel: 410-989-5097
                          Fax: 410-630-7776
                          acasper@casperfirm.com

                          **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of May, 2019, the foregoing Defendants' Motion For Protective Order and Fed. R. Civ. Proc. 26(c) Certificate for filing were filed via the Court's CM/ECF system, which will send notification of such filing to the following:

James E. Nesland
Law Offices of James E. Nesland
4252 E. Caley Avenue
Aurora, Colorado 80016
Attorney for Plaintiff

Paul H. Schwartz
Jonathan A. Helfgott
Shoemaker Ghiselli + Schwartz LLC
1811 Pearl Street
Boulder, Colorado 80302
Attorney for Plaintiff

*s/ Trish Schart*
Trish Schart