**Sent:** Wed, 15 Jul 2015 07:00:39 -0600
**Subject:** Re: Private and Confidential - Doctors Orders Maryland
**From:** Brian Vicente <brian@vicentesederberg.com>
**To:** Mackie Barch <mackie@robertscg.net>
**Cc:** Steve Fox <steve@vicentesederberg.com>, Rachelle Yeung <rachelle@vicentesederberg.com>, Josh Bartch <evolutionaryventures@gmail.com>

Sounds great. We really feel great about your team, so we're being extra vigilant about all important details. Look forward to chatting next week!

On Wed, Jul 15, 2015 at 4:22 AM, Mackie Barch <mackie@robertscg.net> wrote:

Brian,

Understood and we want to follow your lead on the best course of action. Why don't we plan on catching up next week after we've had a chance to think about things a little bit more?

Thanks,
Mackie

Mackie Barch
Roberts Consulting Group
O - 202.759.0033
C - 202-270-5404



DEPOSITION EXHIBIT
20
Bartch 9/23/19

On Jul 14, 2015, at 3:59 PM, Brian Vicente <brian@vicentesederberg.com> wrote:

Hi Mackie,
I just double-checked and have not received any operating agreement from Tyler. Perhaps he sent it to Steve...I'll check with him.

In relation to your below email, we need to be keep in mind that the goal with our team and the state is transparency and 100% compliance with law. Of course, we will continue with the plan to remove Josh using the appropriate rationale that Maryland residents look better on paper than non-residents-- which is, of course, true. And it seems likely that Josh should be able to join the team either as a consultant (before or after the application) or as an equity owner post-licencing. On the latter point, we will have to wait and see how the Maryland regulations develop in terms of adding new equity owners to a licence, but in our experience this is a somewhat more relaxed process then the initial licensing round.

In short, we need to avoid creating "side deals" that would almost definitely need to be divulged to the state in the application process. However we won't know the level of disclosure required until we see the applications later this year. Probably the best plan is to have Josh on board as a consultant for the application (since consultants generally require less

scrutiny), and then have him follow the appropriate laws to buy into the company after the license is issued.

Obviously, this discussion is limited to the folks on this email chain.

Thanks, and happy to discuss.

Brian

On Tue, Jul 14, 2015 at 9:41 AM, Mackie Barch <mackie@robertscg.net> wrote:

> Brian,
>
> I understand that Tyler sent over a copy of the operating agreement yesterday for your review? I wasn't copied on the email but was there when he sent it. This is the opening we were looking for to bring you into the discussion and strongly suggest removing Josh from the ownership structure and replacing him with a Maryland resident for application purposes (as we discussed on our call). Please sit on the operating agreement until the end of next week. Josh and I are meeting with a potential Maryland resident that could sit on the equity until the license is issued.
>
> Please let me know if you need me to explain further, happy to get on a call.
>
> Mackie
>
> Mackie A. Barch
> Roberts Consulting Group
> Direct: 202.759.0033
> Cell. 202.270.5404
> www.robertscg.net