**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-03016-RBJ-NYW

DAVID BARTCH,

     Plaintiff,

v.

MACKIE A. BARCH and
TRELLIS HOLDINGS MARYLAND, INC.,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before United States District Judge R. Brooke Jackson and the Court has rendered its Findings of Fact, Conclusions of Law, and Order of Judgment on September 7, 2022 [ECF No. 175]. It is

ORDERED that judgment is entered in favor of the plaintiff, David Joshua Bartch, and against the defendants, Mackie A. Barch and Trellis Holdings Maryland, Inc., as to the breach of contract claim.  It is

FURTHER ORDERED that damages are awarded to the plaintiff and against the defendants in the amount of $6.4 million. It is

FURTHER ORDERED that as the prevailing party the plaintiff is awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day of September, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  J Dynes
_____

J DYNES
Deputy Clerk