IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 1:18-cv-03016-RBJ-MDB

DAVID JOSHUA BARTCH

    Plaintiff,

v.

MACKIE A. BARCH and
TRELLIS HOLDINGS MARYLAND, INC.

    Defendants.

## SECOND AMENDED JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. This action was tried before United States District Judge R. Brooke Jackson and the Court has rendered its Findings of Fact, Conclusions of Law, and Order of Judgment on September 7, 2022 [ECF No. 175], the ORDER granting in part Plaintiff's Motion to Amend the Judgment on November 14, 2022 [ECF No. 187], and the Joint Statement of Conferral and Stipulation Regarding Costs on December 9, 2022 [ECF No. 193], it is

    ORDERED that judgment is entered in favor of the plaintiff, David Joshua Bartch, and against the defendants, Mackie A. Barch and Trellis Holdings Maryland, Inc., as to the breach of contract claim. It is

1

FURTHER ORDERED that damages are awarded to the plaintiff and against the defendants in the amount of $6.4 million.  It is

FURTHER ORDERED that post-judgment interest will be calculated pursuant to 28 U.S.C. § 1961 at 3.48 percent compounded annually beginning September 7, 2022, and ending when defendants have rendered payment in full. It is

FURTHER ORDEDED that costs are awarded to the plaintiff and against the defendants in the amount of $22,253.72

Dated at Denver, Colorado this 12th day of December, 2022.


FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/   J Dynes
J DYNES
Deputy Clerk